No. 03–8670. BERGER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 03–8675. BEAVER v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–8676. WILLIAMS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–8682. BURNS v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–8700. SMITH v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–8701. MARTINEZ v. SOARES, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–8703. MILNES v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 03–8708. CLOUGH v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 03–8711. WARE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8712. THACHER v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–8719. DE FORD v. THE KIVA ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8720. DONEVAN v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 03–8722. DAUGHERTY v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.